# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,
    Plaintiff,

vs.                            Case No. 1:01-cr-15

Richard L. Burnside,
    Defendant

## Motion by the Clerk of Court to Dispose of Passport

    A Judgment and Commitment Order was filed in the above captioned case on October 23, 2001. Therefore, the Clerk of Court moves for the disposal of the surrendered passport.

## ORDER

Pursuant to the completion of the above captioned case, the Clerk of Court is ordered to return the surrendered passport to:

    \_\_\_\_\_ The named defendant

    __X__ United States Department of State
           Office of Passport Policy and Advisory Services
           2100 Pennsylvania Avenue, N.W., 3rd Floor
           Washington, DC 20037.

January 13, 2006                  s/Sandra S. Beckwith
Date                                Sandra S. Beckwith, Chief Judge
                                     United States District Court