**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E

1: 01 - CR - 15

| Postage | $ | |
|---|---|---|
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

**Sent To**
US DEPT OF JUSTICE

**Street, Apt. No.; or PO Box No.** 2160 PENNSYLVANIA AVE NW 3rd FLOOR

**City, State, ZIP+4** WASHINGTON, DC 20037

PS Form 3800, April 2002                See Reverse for Instructions